UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | Hon. Joel Schneider |
| v. | : | Mag. No. 20-2033 (JS) |
| WILLIAM SUMMERS<br>a/k/a "UNCLE BUTCH" | : | <u>CONTINUANCE ORDER</u> |

This matter having come before the Court on the joint application of Craig Carpenito, United States Attorney for the District of New Jersey (by Gabriel J. Vidoni and Sara F. Merin, Assistant U.S. Attorneys), and the defendant William Summers, through his attorney, Rocco Cipparone, Esq., for an order granting a continuance of the proceedings in the above-captioned matter so that the defendant will have additional time to consult with counsel, the opportunity to further investigate the charges, and so that the parties may discuss a pre-indictment resolution to this matter; and the defendant being aware that he has the right to have the matter submitted to a grand jury within thirty (30) days of the date of his initial appearance pursuant to Title 18, United States Code, Section 3161(b); and the defendant, through his attorney, having consented to the continuance and waived such right; and this being the first continuance sought by the parties; and for good cause shown;

IT IS THE FINDING OF THIS COURT that this action should be continued for the following reasons:

(1)  The defendant, through his counsel, has requested additional time to consult with counsel and in order to allow the opportunity to further investigate the charges;

1

(2) The United States and the defendant have jointly represented that the parties desire additional time to continue to discuss a pre-indictment resolution to this matter, which would render any subsequent trial of this matter unnecessary;

(3) The grant of a continuance will likely conserve judicial resources; and

(4) Pursuant to Title 18, United States Code, Section 3161(h)(7), the ends of justice served by granting the continuance outweigh the best interest of the public and the defendant in a speedy trial.

IT IS, therefore, on this ___ day of March 2020,

ORDERED that this action be, and it hereby is, continued from the date this order is signed through and including May 6, 2020; and it is further

ORDERED that the period from the date this order is signed through and including May 6, 2020 shall be excludable in computing time under the Speedy Trial Act of 1974.

HONORABLE KAREN M. WILLIAMS
United States Magistrate Judge

Form and entry
consented to:

GABRIEL J. VIDONI
SARA F. MERIN
Assistant U.S. Attorneys

_____, Esq.
Counsel for the Defendant

2